UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ANDRE ESQUILIN,

      Plaintiff,

  -v-                                                             No.  22-CV-8309-LTS

LIBERTY MUTUAL INSURANCE
COMPANY,

      Defendant.

-------------------------------------------------------x

## Order

The Court has received two Answers to the Complaint (docket entry nos. 18, 19) filed on behalf of Defendant Liberty Mutual Insurance Company ("Liberty Mutual"). Specifically, both attorneys that have appeared on behalf of Liberty Mutual in this case—Josefina Belmonte and Marshall Potashner—each filed a separate Answer.  Counsel for Liberty Mutual are directed to submit a letter to the Court, by **October 18, 2023**, clarifying which version of the Answer the Court should treat as operative, as well as the status of the representation of Liberty Mutual in this action.

      SO ORDERED.

Dated: October 11, 2023                                         /s/ Laura Taylor Swain
       New York New York                               Laura Taylor Swain
                                                            Chief United States District Judge